Form18-1

**Form 18**

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Committee Overseeing Action for Lumber International Trade Investigations or Negotiations<br><br>                           Plaintiff,<br><br>  v.<br><br>United States<br><br>                           Defendant. | Court No. 19-00122<br>[and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

__Aman Kakar_____ declares that (check one)

1)     TERMINATION BY AN INDIVIDUAL

[✔] I am an attorney/consultant representing or retained on behalf of __Government of Quebec__ in this action [and on behalf of the parties indicated in the actions listed on the attached schedule].  I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s].  I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

  __N/A_____                            __N/A_____
    [Name of proceeding]                        [Case or investigation no.]

OR

Form18-2

2)    TERMINATION BY A FIRM

☐    I am an attorney representing _____ in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

1717 K Street, NW, Wash
_____  _____
[Name of proceeding]  [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

Aman Kakar
_____
[Attorney or consultant]
ArentFox Schiff LLP
_____
1717 K Street, NW, Washington, D.C. 20006
_____
202-350-3632
_____
[Address and Telephone Number]

Date: July 1, 2022
_____

Form18-3

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 19-00136 | Committee Overseeing Action for Lumber International Trade Investigations or Negotiations v. United States | Government of Quebec |
| 19-00154 | Fontaine Inc. v. United States | Government of Quebec |
| 19-00164 | Mobilier Rustique (Beauce) Inc. v. United States | Government of Quebec |
| 19-00168 | Government of Quebec v. United States | Government of Quebec |
| 19-00170 | Government of Canada v. United States | Government of Quebec |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)